JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL A. CRIBBS,<br><br>　　Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and DOES 1 to 100, inclusive,<br><br>　　Defendants. | Case No. 2:23-cv-03180-JLS-AFM<br><br>**ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT, CASE NO. 23STCV02932** |

　　The Court, having read and considered the parties' Joint Stipulation to Transfer Case to State Court (Doc. 17), HEREBY REMANDS this case to the Superior Court of the State of California for the County of Los Angeles, Case No. 23STCV02932, for lack of federal subject-matter jurisdiction.

DATED: July 28, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE